1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    EXZAVER DENNIS AUSTIN,                    No.  2:22-cv-01033-WBS-EFB (HC)

12              Petitioner,

13        v.                                    ORDER

14    PATRICK COVELLO,

15              Respondent.

16

17        Petitioner is a state prisoner proceeding without counsel in an action brought under 28

18    U.S.C. § 2254.  On August 15, 2022, respondent responded to the petition with a motion to

19    dismiss.  ECF No. 13.  Petitioner seeks an extension of time of 30 days to file an opposition to the

20    motion to dismiss.  ECF No. 17.  Petitioner states that he needs additional time to prepare the

21    opposition due to Covid-19 lockdowns at the prison.  *Id.*

22        It is hereby ORDERED that petitioner's motion for an extension of time (ECF No. 17) is

23    GRANTED, and petitioner shall have 30 days from the date of this order to file an opposition to

24    respondent's motion to dismiss.

25    Dated: September 22, 2022.

26

27                                    EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE

28