UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXZAVER DENNIS AUSTIN,<br><br>Petitioner,<br><br>v.<br><br>PATRICK COVELLO,<br><br>Respondent. | No. 2:22-cv-01033-WBS-EFB (HC)<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding without counsel in an action brought under 28 U.S.C. § 2254.  On August 15, 2022, respondent responded to the petition with a motion to dismiss.  ECF No. 13.  Petitioner seeks a second 30 day extension of time to file an opposition to the motion to dismiss.  ECF No. 19.  Petitioner states that he needs additional time to prepare the opposition due to continuous Covid-19 lockdowns at the prison.  *Id.*

It is hereby ORDERED that petitioner's motion for an extension of time (ECF No. 19) is GRANTED, and petitioner shall have 30 days from the date of this order to file an opposition to respondent's motion to dismiss.

Dated: October 27, 2022.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE