IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EXZAVER DENNIS AUSTIN,** | Case No. 2:22-cv-01033-WBS-EFB |
| Petitioner, | **[PROPOSED] ORDER** |
| **v.** | |
| **PATRICK COVELLO,** | |
| Respondent. | |

Respondent has moved for a 30-day enlargement of time to file a reply to Petitioner's opposition to Respondent's motion to dismiss.

GOOD CAUSE APPEARING, IT IS ORDERED that Respondent's request is granted.  The response to Petitioner's opposition shall be filed on or before April 23, 2023.

Dated:  March 23, 2023.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE