UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EXZAVER DENNIS AUSTIN,<br><br>Petitioner,<br><br>v.<br><br>PATRICK COVELLO,<br><br>Respondent. | No. 2:22-cv-01033-WBS-EFB (HC)<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 11, 2023, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed July 11, 2023, are adopted in full;

    2. Respondent's August 15, 2022 motion to dismiss (ECF No. 13) is granted;

1

3. The Clerk is directed to close the case; and

4. The court declines to issue a certificate of appealability.

Dated: August 25, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE